

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 20, 2020

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Joshua Gumora*, 20 Cr. 144 (VSB)

Dear Judge Broderick:

    The Government submits this letter jointly on behalf of all parties, and further to its discussion with the Court's deputy earlier today, to request the Court schedule an arraignment and initial status conference in the above-referenced matter for February 27, 2020, at 12:00 p.m.

    The Government requests, with the consent of the defendant, that the Court exclude time until February 27, 2020, in service of the ends of justice, under the Speedy Trial Act's time limits. This additional time will allow for the Government to attend to its discovery obligations and discuss with defense counsel a potential pretrial resolution of the matter.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

    By:  /s/ Daniel H. Wolf
         Assistant United States Attorney
         (212) 637-2337

cc:    Edward Sapone, Esq. (via email)

Application granted in part and denied in part. The initial conference and arraignment is scheduled for February 27, 2020 at 12:45 p.m. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, and will is necessary to permit counsel sufficient time to review discovery. Accordingly, it is further ordered that the time between February 21, 2020 and February 27, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

SO ORDERED:

*/s/ Vernon S. Broderick*  2/21/2020
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE