UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-

JOSHUA GUMORA,

                      Defendant.
------------------------------------------------------------------------X

20-CR-144 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

      On March 24, 2020, Defendant Joshua Gumora ("Defendant" or "Gumora") filed a motion seeking an order directing his pretrial release on his own recognizance, or, in the alternative, for a detention hearing. I am also in receipt of Defendant's supplemental letter dated later that same day, and Defendant's letter of March 30, 2020, requesting to be heard by telephone on the motion pursuant to the CARES Act. It is hereby

      ORDERED that Defendant's motion for an order directing his pretrial release on his own recognizance is DENIED;

      IT IS FURTHER ORDERED, with regard to Defendant's alternative request for a telephonic detention hearing, that defense counsel should inform the Court on or before Friday, April 3, 2020, whether Defendant will waive his presence at a telephonic detention hearing; and

      IT IS FURTHER ORDERED that the parties meet and confer concerning when counsel would be available for a telephonic detention hearing over the next few days, and provide such dates to the Court in a joint letter on or before Friday, April 3, 2020.

SO ORDERED.

Dated:    April 2, 2020
            New York, New York

Vernon S. Broderick
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/2020