# SAPONE & PETRILLO, LLP

| | |
|---|---|
| William S. Petrillo, Esq., Partner | Chase S. Ruddy, Esq., Senior Associate |
| Edward V. Sapone, Esq., Partner | Michael Vitaliano, Esq., Associate |
| **MANHATTAN** | **LONG ISLAND** |
| 40 Fulton Street, 23rd Floor | 1103 Stewart Avenue, Suite 200 |
| New York, New York 10038 | Garden City, New York 11530 |
| Telephone: (212) 349-9000 | Telephone: (516) 678-2800 |
| Facsimile: (347) 408-0492 | Facsimile: (516) 977-1977 |
| E-mail: ed@saponepetrillo.com | E-mail: william@saponepetrillo.com |

October 21, 2020

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 10/22/2020

Sentencing in this matter is hereby adjourned to November 18, 2020 at 9:00 a.m.

Re: *United States v. Joshua Gumora*
Docket No.: 20-CR-144

Dear Judge Broderick:

I am CJA counsel to Defendant Joshua Gumora. Mr. Gumora is scheduled for sentencing on November 4, 2020. I am writing to seek a further one-week adjournment of Mr. Gumora's sentencing hearing.

The reason for this request is that I am still waiting to receive the reports from the mitigation specialist and forensic psychiatrist appointed by Your Honor. These documents will play an important part in our sentencing submission and are necessary for a fulsome analysis of the relevant 18 U.S.C. §3553(a) factors in Mr. Gumora's case. Both experts have communicated to me that they expect to get their reports to me next week. The requested adjournment will give me the necessary time to obtain these important documents and incorporate them into my sentencing submission.

I have spoken with AUSA Daniel Wolf, and he consents to this request.

I thank Your Honor for your consideration and wish everyone well.

Respectfully submitted,

/s/ *Edward V. Sapone*
Edward V. Sapone

cc:   AUSA Daniel Wolf
      PO Nicolo DiMaria

1