U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 25, 2020

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 11/30/2020

**By Email and ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Street
New York, New York 10007

Re:   *United States v. Joshua Gumora*, **20 Cr. 144** (VSB)

Dear Judge Broderick:

Further to this morning's sentencing proceeding, the Government respectfully requests, with the consent of defense counsel, that the Court dismiss any open counts pending against Joshua Gumora, the defendant.

The sentencing proceeding was convened via videoconference and, at times, teleconference. After the Court announced the sentence imposed and while the Court was advising the defendant of his right to appeal, the Assistant United States Attorney representing the Government in the proceeding (the undersigned) was dropped from the video- / teleconference. As a result, the Government was not asked (because the Government was not present) at the conclusion of the proceeding (as customarily occurs) if the Government wished to move for dismissal of any pending counts. Although the Government is unaware any such counts (indeed, the defendant pled guilty to the only two counts in the indictment on July 1, 2020), out of an abundance of caution the Government respectfully requests the Court dismiss any open counts pending against the defendant.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s/
Daniel H. Wolf
Assistant United States Attorney
(212) 637-2337

cc:   Counsel of record (by ECF)