UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

Joshua Gumora,

                Defendant.

CRIMINAL ACTION NO.: 21 Cr. 144 (VSB)

**TELEPHONE CONFERENCE
<u>SCHEDULING ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Wednesday, November 10, 2021 at 5:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            November 8, 2021

                                              SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**