UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Joshua Gumora

Supervisee

Docket No. 1:20CR144 (VSB)

<u>ORDER</u>

Honorable Vernon S. Broderick, U.S. District Judge:

IT IS HEREBY ORDERED THAT, on March 28, 2022, the United States Marshals Service shall produce Joshua Gumora, Register Number 87617-054, to the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse, to be released to the United States Probation Office.

SO ORDERED.

Dated:      March 25, 2022
            New York, New York

Honorable Vernon S. Broderick
U.S. District Judge