U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 31, 2022

**By Email and ECF**
The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  05/31/22

Re:  *United States* v. *Joshua Gumora*, 20 Cr. 144 (VSB)

Dear Judge Broderick:

    The parties write jointly, with the consent of the Probation Department, to request the conference in the above-referenced case scheduled for today, May 31, 2022, at 4:00 p.m., be adjourned *sine die*. Under the supervision of U.S. Probation Officer Courtney Cooke, Joshua Gumora, the defendant, is in the process of obtaining the evaluations contemplated at the conference convened on May 20, 2022. The parties will promptly update the Court should relevant circumstances change.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Daniel H. Wolf
Assistant United States Attorney
(212) 637-2337

cc:  Defense Counsel (by ECF)
      U.S. Probation Officer Courtney Cooke (by email)