UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

JOSHUA GUMORA,

        Defendant.

CASE NO.: 20 Crim. 144 (VSB)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A renewed bail hearing is scheduled for Monday, January 30, 2023 at 3:30 pm and will take place **in person**, in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:    New York, New York
            January 27, 2023

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**