UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                                  :
   UNITED STATES OF AMERICA                       :
                                                  :
              -against-                           :
                                                  :              20-cr-144 (VSB)
   JOSHUA GUMORA,                                 :
                                                  :              **ORDER**
                            Defendant.   :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The conference originally scheduled for February 17, 2023 at 2:00pm is adjourned to

February 21, 2023 at 12:15pm in courtroom 24B at 500 Pearl Street.

SO ORDERED.

Dated: February 17, 2023
        New York, New York

                                        _Vernon Broderick_
                                        Vernon S. Broderick
                                        United States District Judge