UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
    UNITED STATES OF AMERICA

           -against-
                                         20-CR-144 (VSB)
    JOSHUA GUMORA,
                                         **ORDER**
                            Defendant.
-------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

      As stated during the conference today, I will hold a status conference on February 27, 2023 at 12:15pm in Courtroom 24B at 500 Pearl Street.

SO ORDERED.

Dated: February 21, 2023
       New York, New York

                                                                     Vernon S. Broderick
                                                                     United States District Judge