U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**APPLICATION GRANTED**
**SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  3/20/2023

March 20, 2023

The parties are ORDERED to appear for a status conference on May 23, 2023 at 1:00pm in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007. The parties are FURTHER ORDERED to submit a joint letter discussing the status of the case by close of business on May 19, 2023. SO ORDERED.

**By Email and ECF**
The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Joshua Gumora*, 20 Cr. 144 (VSB)

Dear Judge Broderick:

The Government respectfully submits this letter, with defense counsel's consent, to propose for the Court's consideration the conditions of release for defendant Josh Gumora set forth below. If the Court approves the proposed conditions of release, the parties respectfully request that the Court: (1) direct the Clerk of Court to prepare an appearance bond including the proposed conditions of release; and (2) adjourn the conference in this matter scheduled for today, March 20, 2023, at 12:00 p.m. for a period of 60 days, or to a date and time that is convenient for the Court.

1. The defendant will sign a personal recognizance bond in the amount of $25,000.

2. The defendant will be supervised by the Probation Office ("Probation") as directed by Probation.

3. The defendant will be subjected to all mandatory conditions of release included in the Court's standard "Order Setting Conditions of Release" form.

4. At a date and time suitable to Probation (which the parties and Probation believe will be March 21, 2023, at 9:30 a.m.), and upon the defendant's acceptance into an in-patient mental health and drug treatment provider (the "Inpatient Provider") that is approved by Probation, the defendant will be released to Probation, which will ensure the defendant's transport to the Inpatient Provider, where the defendant will remain for a term of 60 days and, thereafter, however long as the Inpatient Provider deems necessary.

5. No later than seven days prior to the defendant's discharge from the Inpatient Provider, the defendant will identify for Probation a residence (the "Approved Residence"), to be approved by Probation, where the defendant will reside once he is released from inpatient treatment.

6. The defendant will be subject to location monitoring and home detention while living at the Inpatient Provider and, thereafter, the Approved Residence.

7. Following the defendant's release from the Inpatient Provider, the defendant will receive mental health and drug addiction treatment as directed by Probation.

8. The defendant will seek or maintain verifiable employment.

9. The defendant is to have no contact with the mother of his child.

10. Once Probation has secured the defendant's enrollment in the Inpatient Provider and a date on which the defendant can be transported to the Inpatient Provider (which the parties and Probation believe will be March 21, 2023, at 9:30 a.m.), the defendant shall be released to Probation upon his signature of a personal recognizance bond setting forth the conditions listed herein.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Daniel H. Wolf
Assistant United States Attorney
(212) 637-2337

cc: Defense Counsel (by ECF)
U.S. Probation Officer Courtney Cooke (by email)