UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA    :

               -against-       :              20-cr-144 (VSB)

    JOSHUA GUMORA,    :     **ORDER**

              Defendant.    :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    On May 2, 2023, my chambers received an email from defense counsel with all parties included, requesting an adjournment of the status conference scheduled for May 3, 2023, at 1:00 p.m. This request is GRANTED. The conference currently scheduled for May 3, 2023, at 1:00 p.m., is hereby adjourned to May 5, 2023, at 1:00 p.m., in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: May 2, 2023
       New York, New York

                                             Vernon S. Broderick
                                             United States District Judge