UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA        :

                -against-              :      20-CR-144 (VSB)

    JOSHUA GUMORA,                :      **ORDER**

                        Defendant.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I held a status conference on May 5, 2023 on this matter. After the status conference, I was informed by Probation that Gumora has been admitted to a 28-day program at Cornerstone of Medical Arts ("Cornerstone"). It is hereby

       ORDERED that the parties submit a joint letter on or before May 18, 2023 indicating whether they seek a status hearing while Gumora is in treatment. The parties should also propose a date for the violation hearing no later than two business days after Gumora's discharge from Cornerstone and include details in the letter about Gumora's proposed living arrangements once he is discharged from Cornerstone.

       IT IS FURTHER ORDERED that Defense Counsel provide the Court with a status update on Gumora's progress at Cornerstone on or before May 25, 2023.

       IT IS FURTHER ORDERED that if Gumora discharges from Cornerstone prior to the completion of the 28-day program that the parties promptly notify the Court, so that a violation hearing can be held.

SO ORDERED.

Dated: May 8, 2023
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge