```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
             -v-                                                        :       20-CR-144 (VSB)
                                                                        :
JOSHUA GUMORA,                                                          :           ORDER
                                                                        :
                         Defendant.                                     :
                                                                        :
------------------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On May 5, 2023, I held a status conference in this matter.  Shortly after the status conference, I was informed by the Probation Office that Gumora had been admitted to a 28-day program at Cornerstone of Medical Arts on May 5, 2023.

      Following the status conference, I ordered parties to submit a joint letter on or before May 18, 2023 indicating whether they sought a status hearing while Gumora was in treatment, proposing a date for the violation hearing within two-days after Gumora's discharge from Cornerstone, and details on Gumora's proposed living arrangements upon his discharge from Cornerstone.  I have yet to receive a joint letter from the parties, which is past due.  On May 19, 2023, I received an email from Defense Counsel stating that "Cornerstone could not accept him", and that he believed Gumora had been admitted to Elv8 Center New York.  He enclosed a photograph of a printout with Elv8 Center's address.  It is hereby

      ORDERED that the Government and Probation file a letter on the docket by May 24, 2023 providing confirmation that Gumora has been admitted to Elv8 Center.  The letter shall include information on the type and duration of program Gumora has been admitted into and the date of his admission.  It should also include information from Cornerstone regarding Gumora's

discharge from the 28-day program he was admitted into on May 5, 2023, including the date he was discharged and the circumstances of his discharge.

    IT IS FURTHER ORDERED that the parties file the joint letter originally due on May 18, 2023 by May 24, 2023 indicating whether they seek a status hearing while Gumora is in treatment, proposing a date for the violation hearing, and providing details about Gumora's proposed living arrangements once he is discharged from inpatient treatment.

SO ORDERED.

Dated: May 22, 2023
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge