UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA       :
                                                       :
                -against-                      :
                                                       :              20-CR-144 (VSB)
JOSHUA GUMORA,                           :
                                                       :                **ORDER**
                                Defendant.   :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I held a hearing on June 6, 2023 on this matter. As stated during the hearing, it is

       ORDERED that the parties appear for a violation hearing on June 9, 2023 at 12:00pm in Courtroom 518 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: June 6, 2023
           New York, New York

                                                                                                    _____
                                                                                                    Vernon S. Broderick
                                                                                                    United States District Judge