

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 5, 2023

**By Email and ECF**
The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 07/05/2023

Re:   *United States* v. *Joshua Gumora*, 20 Cr. 144 (VSB)

Dear Judge Broderick:

    The Government respectfully submits this letter on behalf of the parties to request that the Court adjourn the conference scheduled for today, July 5, 2023, until July 20, 2023, at 12:00 p.m. The requested adjournment will provide the parties with additional time to discuss a pre-hearing disposition of this violation-of-supervised-release proceeding.

                              Respectfully Submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                  by: /s/_____
                              Daniel H. Wolf
                              Assistant United States Attorney
                              (212) 637-2337

cc:   Defense Counsel (by ECF)
      U.S. Probation Officer Shawnte Lorick (by email)