UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA              :
:
        -against-                             :
:         20-CR-144 (VSB)
JOSHUA GUMORA,                           :
:         **ORDER**
                          Defendant.     :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On August 11, 2023, I received two *ex parte* letters addressed to my chambers from Defendant Joshua Gumora. As Gumora is represented by counsel, such letters are not an appropriate means of communicating with the court. Counsel for Gumora is encouraged to contact Gumora at counsel's earliest convenience to discuss the subject of these letters and their implications for the status conference currently scheduled for August 30, 2023. (Doc. 95.)

SO ORDERED.

Dated: August 11, 2023
       New York, New York

                                                    *[signature]*
                                                    Vernon S. Broderick
                                                    United States District Judge